

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Julian Montgomery
State Highway Engineer
Austin, Texas

Dear Sir:

Opinion No. O-1950
Re: Registration of motor vehicles,
Article 6675a-2, Vernon's Re-
vised Civil Statutes of Texas.

We acknowledge receipt of your letter of February
7, 1940, in which you request the opinion of this depart-
ment upon the following fact situation:

"Mr. H. H. Lawler, with his family, resides
on a ranch in Kimble County and is engaged in
the ranching business. In addition to this, he
is the sole owner of the Alamo Freight Lines a
system of common carrier truck lines operating
throughout South and West Texas. Alamo Freight
Lines is the trade name under which Mr. Lawler
as an individual operates. The Alamo Freight
Lines operate through a number of counties, in-
cluding Kimble County, where it has a freight
depot and pick-up and delivery station similar
to that which is maintained in numerous other
counties. The main office of the Alamo Freight
Lines, where the records are kept, is located
in San Antonio, Bexar County, Texas, and San
Antonio is the main office of the Alamo Freight
Lines.

"Will you please advise us where under Ar-
ticle 6675a, Revised Statutes, 1925, the motor
vehicles owned by Mr. Lawler and operated by the
Alamo Freight Lines must be registered."

That part of Article 6675a-2, Vernon's Revised
Civil Statutes of Texas, which is pertinent to the question

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Julian Montgomery, Page 2

under consideration, reads as follows:

"Every owner of a motor vehicle, trailer
or semi-trailer used or to be used upon the
public highways of this State, and each chauf-
feur, shall apply each year to the State High-
way Department through the county tax collec-
tor of the county in which he resides for the
registration of each such vehicle owned or
controlled by him, or for a chauffeur's license,
for the ensuing or current calendar year or un-
expired portion thereof. . . ."

It will be noted immediately that the present stat-
ute does not provide for the registration of motor vehicles
in any county other than the county of residence of the owner.
It is, therefore, the opinion of this department that Mr.
Lawler, under the facts set forth in your letter, must re-
gister the vehicles operated by the "Alamo Freight Lines" in
Kimble County, Texas.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Ross Carlton

Ross Carlton
Assistant

RC:LM

APPROVED FEB 14, 1940

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN